JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LANEISHIA LOYD, individually, | CASE NO. 2:20-cv-00161-KJD-EJY |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation; DOE MANAGER; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS, the parties and their counsel of record participated in a private mediation on May 12, 2021 which resulted in the parties agreeing upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LANEISHIA LOYD, by and through her attorney of record, Pooja Kumar, Esq., of the law firm PATERNOSTER LAW GROUP, and Defendant SMITH'S FOOD & DRUG CENTERS, INC. by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

1.     Plaintiff LANEISHIA LOYD'S claims herein against all Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

CLAC 6362775.1

2.      That any remaining deadlines on the court's docket be vacated.

Respectfully submitted this 7th  day of June, 2021.

PATERNOSTER LAW GROUP                    COOPER LEVENSON, P.A.


/s/ Pooja Kumar                                            /s/ Jerry S. Busby
POOJA KUMAR, ESQ.                             JERRY S. BUSBY, ESQ.
Nevada Bar No. 12988                             Nevada Bar No.001107
400 South Fourth Street, Suite 300          3016 West Charleston Boulevard, #195
Las Vegas, Nevada 89101                       Las Vegas, Nevada 89102
(702) 654-1111                                         (702) 366-1125
Attorney for Plaintiff                              Attorneys for Defendant
LANEISHIA LOYD                                 SMITH'S FOOD & DRUG CENTERS, INC.




IT IS SO ORDERED:



_____
UNITED STATES DISTRICT JUDGE
DATED:   6/10/2021